IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BECKY M. SMITH                                                                              PLAINTIFF

vs.                     Civil No. 1:17-cv-01069

NANCY A. BERRYHILL                                                    DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 27th day of November 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                      /s/ *Barry A. Bryant*
                                                      HON. BARRY A. BRYANT
                                                      U. S. MAGISTRATE JUDGE